In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00205-CR
_____

JOHN AMON TAYLOR III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. 25,676

**MEMORANDUM OPINION**

John Amon Taylor, III has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by the appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

1

Submitted on July 24, 2018
Opinion Delivered July 25, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.